UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:02-cr-433 PMP |
| Plaintiff(s), | |
| vs. | |
| WENDOLEN LEONARD HOWARD, | |
| Defendant(s). | |

**ORDER FOR RELEASE/DESTRUCTION OF EXHIBITS**

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel shall have until 4:00 PM on **December 1, 2015** to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If exhibits are not retrieved by counsel prior to **December 1, 2015**, the Clerk is authorized to destroy said exhibits.

Dated: 11/12/15

_____
Gloria M. Navarro, Chief U.S. District Judge

Plaintiff's Exhibits received by: _____

Defendant's Exhibits received by: _____

**PLEASE PRINT NAME:** _____ Date: _____